# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604


November 21, 2005


Hon. JOEL M. FLAUM, Chief Judge

Hon. DANIEL A. MANION, Circuit Judge

Hon. TERENCE  T. EVANS, Circuit Judge


| | |
|---|---|
| GORDON R. JOHNSON, | ] |
| | ] Appeal from the United |
| Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| No. 04-1269            v. | ] |
| | ] No. 02 C 5003 |
| EXXONMOBIL CORPORATION, | ] |
| | ] Amy J. St. Eve, |
| Defendant-Appellee. | ] Judge. |


### O R D E R

The opinion issued in the above-entitled case on October 18, 2005, is hereby amended as follows:


On Page 7, the first full paragraph, lines 19 and 20 should read:

> truthfully both that she is **unable** 'to engage in
> any substantial gainful activity' under the SSDI
> but **is** also a 'qualified...